# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK THOMPSON,<br><br>                              Petitioner,<br><br>       v.<br><br>V.M. ALMAGER, Warden<br><br>                              Respondent. | Civil No.   07-0184 WQH (JMA)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice and with leave to amend. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than April 9, 2007,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. **THE CLERK OF COURT IS DIRECTED TO MAIL PETITIONER A BLANK MOTION TO PROCEED IN FORMA PAUPERIS FORM.**

   **IT IS SO ORDERED.**

DATED: February 1, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge